Case 4:25-cr-00399   Document 55   Filed on 07/23/25 in TXSD   Page 1 of 5

United States Courts
Southern District of Texas
FILED

*July 23, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| RAUL ARMANDO RAMIREZ CORREA § | |
| CESAR OSKEIBER CABEZAS PACHECO § | |
| PETER DAVILA NUÑEZ § | |
| OTIS JOSE RODRIGUEZ GARCIA § | |
| DANY ENMANUEL ROJAS § | |
| PEDRO HERNANDEZ DELGADO § | Criminal No. **4:25-cr-00399** |
| ARCHERLIN ISMAEL LEON BERVIN § | |
| JESUS FERNANDEZ YROCONIZ § | |
| EMBEER GUTIERREZ TERNAWSKY § | |
| RAUL ANTONIO CLAROS SARMIENTO § | |
| LUIS MIGUEL CLAROS SARMIENTO § | |
| DARWIN MARTINEZ § | |
| ANDYS LUIS ALVAREZ HERRERA § | |
| LUIS MIGUEL VASQUEZ SUMOSA § | |
| CESAR MAURICIO VELASQUEZ § | |
| JOSE MIGUEL BRICEÑO § | |

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

### **Count One**

(Possession of Ammunition by a Prohibited Person)

On or about March 23, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant

JOSE MIGUEL BRICEÑO

knowing that he had been convicted of a misdemeanor crime of domestic violence, to-wit: assault causing bodily injury to a family member in Cause Number 23-380097 in the

County Court at Law 4, Montgomery County, Texas, against G.M.F., did knowingly possess ammunition to-wit:.40 caliber Smith and Wesson ammunition, said ammunition having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(9), 924(a)(8) and 2.

## Count Two
(Dealing in Firearms Without a License)

From on or about May 2, 2025, and continuing through the return of this Indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendants

RAUL ARMANDO RAMIREZ CORREA

not being a licensed dealer, importer and manufacturer of firearms within the meaning of Chapter 44, Title 18 United States Code, did willfully engage in the business of importing, manufacturing and dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2.

## Count Three
(Dealing in Firearms Without a License)

From on or about May 2, 2025, and continuing through the return of this Indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendants

EMBEER GUTIERREZ TERNAWSKY

not being a licensed dealer, importer and manufacturer of firearms within the meaning of Chapter 44, Title 18 United States Code, did willfully engage in the business of importing, manufacturing and dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2.

## Count Four
(Dealing in Firearms Without a License)

From on or about May 6, 2025, and continuing through the return of this Indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendant

RAUL ANTONIO CLAROS SARMIENTO

not being a licensed dealer, importer and manufacturer of firearms within the meaning of Chapter 44, Title 18 United States Code, did willfully engage in the business of importing, manufacturing and dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2.

## Count Five
(Illegal Possession of a Machine Gun)

On or about June 25, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant

EMBEER GUTIERREZ TERNAWSKY

did knowingly possess and transfer a machinegun conversion device intended for use in converting an AR-15 rifle to fire automatically.

In violation of Title 18, United States Code, Sections 922(o)(1), 924(a)(2) and 2.

## Count Six
(Conspiracy to Possess with Intent to Distribute a Controlled Substance)

From on or about June 1, 2025, to on or about June 26, 2025, in the Southern District

of Texas and within the jurisdiction of the Court, defendants

>RAUL ARMANDO RAMIREZ CORREA
>CESAR OSKEIBER CABEZAS PACHECO
>PETER DAVILA NUÑEZ
>OTIS JOSE RODRIGUEZ GARCIA
>DANY ENMANUEL ROJAS
>PEDRO HERNANDEZ DELGADO
>ARCHERLIN ISMAEL LEON BERVIN
>JESUS FERNANDEZ YROCONIZ
>and
>EMBEER GUTIERREZ TERNAWSKY

did knowingly and intentionally conspire and agree with each other and persons known and unknown to the Grand Jury to possess with intent to distribute 5 kilograms or more of mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846, 841(a)(1) and 841(b)(1)(A).

## Count Seven
(Conspiracy to Possess with Intent to Distribute a Controlled Substance)

From on or about June 1, 2025, to on or about June 26, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants

>RAUL ANTONIO CLAROS SARMIENTO
>LUIS MIGUEL CLAROS SARMIENTO
>DARWIN MARTINEZ
>ANDYS LUIS ALVAREZ HERRERA
>LUIS MIGUEL VASQUEZ SUMOSA
>and
>CESAR MAURICIO VELASQUEZ

did knowingly and intentionally conspire and agree with each other and persons known and unknown to the Grand Jury to possess with intent to distribute 5 kilograms or more of

4

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846, 841(a)(1) and 841(b)(1)(A)

                                                                 A TRUE BILL

                                                                  Original Signature on File
                                                                  FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney

*Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney